07-15-00293-CV

September 25, 2015

Vivian Long, Court Clerk
Seventh Court of Appeals

F I L E D
OCT 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

RE: ruling on Writ of Mandamus
    COA Case No: 07-15-00139-CR
    Tr Ct Cause No: D-1-DC-12-904056

On July 15, 2015, I filed with this Court a petition for writ of mandamus due to the trial court's failure to rule on (3) of my pending motions before it.

To date, I have not received notice from this Court regarding that writ, nor notice from the trial court regarding the "Motion for Appointment of Counsel on Appeal". I have however received the supplemental containing the Reporter's Record, as has this Court.

I respectfully request this Court's ruling on my Writ of Mandamus and inform me of your decision, so the remaining pending motion to appoint counsel on appeal can be addressed.

Respectfully,
Donald Atkins #1820499

cc: file

Donald Hopkins #1820499
Connally Unit
899 FM 632
Kenedy, Tx 78119

LEGAL

Seventh Court of Appeals
PO Box 9540
Amarillo, Tx 79105-9540

Attn: Vivian Long, Court Clerk



SAN ANTONIO TX 780
RIO GRANDE DISTRICT
28 SEP 2015 PM 1 L